■ CALEDONIA MOBILE HOME PARK LLC et al., Respondents, v LEATHER FURNITURE WORLD, INC., Also Known as LEATHER WORLD, INC., et al., Appellants. (Appeal No. 1.) [821 NYS2d 513]— Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered May 18, 2005. The order, among other things, granted plaintiffs' motion for summary judgment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see *Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; see also CPLR 5501 [a] [1]). Present—Hurlbutt, J.P., Scudder, Gorski and Green, JJ.

■ In the Matter of CITY OF SYRACUSE INDUSTRIAL DEVELOPMENT AGENCY, Respondent, Relative to Acquiring Certain Interests in the Carousel Center Site for the Phased Public Project Known as DestiNY USA. THE GAP, INC., Doing Business as OLD NAVY, Appellant; CAROUSEL CENTER COMPANY, L.P., Respondent. (Appeal No. 2.) [821 NYS2d 513]—Appeal from an order of the Supreme Court, Onondaga County (John V. Centra, J.), entered May 12, 2006 in a proceeding pursuant to EDPL article 4. The order, among other things, denied the motion of respondent The Gap, Inc., doing business as Old Navy, to dismiss the petition, granted the petition and authorized petitioner to acquire by condemnation certain Carousel Center interests of that respondent.

It is hereby ordered that the order so appealed from be and the same hereby is affirmed without costs.

Same memorandum as in *Matter of City of Syracuse Indus. Dev. Agency (J.C. Penney Corp., Inc.—Carousel Ctr. Co., L.P.)* (32 AD3d 1332 [2006]).

All concur except Hurlbutt, J.P., who dissents and votes to reverse in accordance with the same dissenting memorandum as in *Matter of City of Syracuse Indus. Dev. Agency (J.C. Penney Corp., Inc.—Carousel Ctr. Co., L.P.)* (32 AD3d 1332 [2006]). Present—Hurlbutt, J.P., Scudder, Gorski and Green, JJ.